### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re:                                          Case No. 19-32766-H5-13

    FELICIA GUERRERO

                               Chapter 13

        Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

William E. Heitkamp, former Chapter 13 Trustee for the period from the petition date through December 31, 2023, and Tiffany D. Castro, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $121,674.91 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$121,674.91** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $6,925.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,372.72 |
| Other | $0.00 |
| Secured Creditors | $106,144.24 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$120,441.96** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$1,232.95** |

Dated:  01/03/2024

/s/ William E. Heitkamp

Former Chapter 13 Standing Trustee
9821 Katy Freeway, Suite 590
Houston, TX  77024

/s/ Tiffany D. Castro

Successor Chapter 13 Standing Trustee
9821 Katy Freeway, Suite 590
Houston, TX  77024

**\*\*\*\*IMPORTANT ANNOUNCEMENT\*\*\*\***

Attention:  Interested Parties of Bankruptcy Cases Administered by William E. Heitkamp

Effective January 01, 2024, the United States Trustee has appointed Tiffany D. Castro as my successor as Standing Chapter 13 Trustee for this bankruptcy case. This change will not affect the administration of the Chapter 13 Plan.

It has been a pleasure serving as your Trustee, and I wish you the very best.

William E. Heitkamp, Standing Chapter 13 Trustee (Retired)